IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTINE A. BENWELL,

Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

Defendant.                                                  No. 09-CV-0702-DRH

**MEMORANDUM AND ORDER**

**HERNDON, Chief Judge:**

On April 14, 2009, Christine A. Benwell, by and through her attorney, filed a complaint against the Commissioner of Social Security, for judicial review of an administrative agency's decision (Doc. 3). Specifically, Benwell seeks judicial review of the Commissioner's decision denying applications for a period of disability, for disability insurance benefits and for supplemental security income. Now before the Court is Benwell's motion to proceed *in forma pauperis* (Doc. 4). Because the Court finds that Benwell is indigent, the Court grants the motion.

By granting a motion for pauper status, a court authorizes a lawsuit to proceed without prepayment of fees. The Prison Litigation Reform Act ("PLRA"), significantly changed the district court's responsibilities in reviewing *pro se* complaints and *in forma pauperis* motions. The Seventh Circuit has clarified that the PLRA "changed § 1915 not only for cases brought by prisoners, but in some

respect for all indigent litigants." ***Hutchinson v. Spink*, 126 F.3d 895, 899 (7th Cir. 1997)**. Under the PLRA, the Court must screen any indigent's complaint (those filed by prisoners and non-prisoners alike) and dismiss the complaint if (a) the allegation of poverty is untrue, (b) the action is frivolous or malicious, (c) the action fails to state a claim upon which can be granted, or (d) the action seeks monetary relief against a defendant who is immune from such relief. **28 U.S.C. § 1915(e)(2)**.

Benwell's motion survives **§ 1915(e)(2)** review. She signed a declaration contained in her motion to proceed *in forma pauperis* documenting her poverty. The action appears to be neither frivolous nor malicious. At this point, the Court cannot conclude that the complaint fails to state a claim or that the named defendant is immune from suit.

Accordingly, the Court **GRANTS** Benwell's application to proceed *in forma pauperis* (Doc. 4). If a summons is to be issued, Benwell's attorney will prepare the summons and the USM-285 forms for Defendant, the United States Attorney and the Attorney General and forward these documents to the Clerk of the Court for issuance. Once a summons, if any, is issued, the Court **DIRECTS** the United States Marshal to obtain service on same. Costs of service shall be borne by the United States of America.

**IT IS SO ORDERED.**

Signed this 10th day of September, 2009.

/s/    *DavidRHerndon*
**Chief Judge
United States District Court**