IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHRISTINE A. BENWELL,**

**Plaintiff,**

**v.**

**MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,**

**Defendant.**                                                            **No. 09-CV-0702-DRH**

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

On April 14, 2009, Christine A. Benwell, by and through her attorney, filed a complaint against the Commissioner of Social Security, for judicial review of an administrative agency's decision (Doc. 3). Specifically, Benwell seeks judicial review of the Commissioner's decision denying applications for a period of disability, for disability insurance benefits and for supplemental security income.

On December 29, 2010, pursuant to **28 U.S.C. § 636(b)(1)(B)**, United States Magistrate Judge Clifford J. Proud submitted a Report and Recommendation ("the Report") recommending that the Court reverse the Commissioner's final decision and remand this case to the Commissioner for rehearing and reconsideration of the evidence (Doc. 24).

The Report was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" by January 14, 2011. To date, none of the

parties have filed objections, and the period in which to file objections has expired. Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct *de novo* review.  ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985)**.

Thus, the Court **ADOPTS** the Report in its entirety (Doc. 24). The Court **REMANDS** this case to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 4-5(g).

**IT IS SO ORDERED.**

Signed this 18th day of January, 2011.

David R. Herndon
2011.01.18 16:22:28
-06'00'

**Chief Judge**
**United States District Court**