IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS


**CHRISTINE A. BENWELL,**

**Plaintiff,**

**v.**

**MICHAEL J. ASTRUE, COMMISSIONER**
**OF SOCIAL SECURITY,**

**Defendant.**                                              **No. 09-CV-0702-DRH**


## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court on Report and Recommendation of United States Magistrate Judge Clifford J. Proud.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 18, 2011, judgment is entered as follows:  The final decision of the Commissioner is **REVERSED**  and this case is **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence.------------------

                        NANCY J. ROSENSTENGEL,
                        CLERK OF COURT



                        BY:      */s/Sandy Pannier*
                                 **Deputy Clerk**

Dated: January 18, 2011

                        David R. Herndon
                        2011.01.18 16:25:15
                        -06'00'
APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT